## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GENZYME CORPORATION<br>500 Kendall Street<br>Cambridge, Massachusetts 02142<br><br>    Plaintiff,<br><br>v.<br><br>LUPIN LTD.<br>Laxmi Towers, B Wing<br>Bandra Kurla Complex<br>Bandra (East)<br>Mumbai, Maharashtra  400 051, India<br><br>SERVE ON:  Resident Agent<br>    William A. Rakoczy, Esquire<br>    Rackoczy Molino Mazzochi Siwik LLP<br>    6 West Hubbard Street, Suite 500<br>    Chicago, Illinois 60610<br><br>and<br><br>LUPIN PHARMACEUTICALS, INC.<br>Harborplace Tower<br>111 South Calvert Street, 21st Floor<br>Baltimore, Maryland 21202<br><br>SERVE ON:  Resident Agent<br>    Vinita Gupta<br>    Harborplace Tower<br>    111 South Calvert Street, 21st Floor<br>    Baltimore, Maryland 21202<br><br>    Defendants. | Civil Action No.: |

### COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Genzyme Corporation, by and through its attorneys, and for its Complaint herein against Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc., hereby alleges as follows:

### NATURE OF THE ACTION

1. This is an action for patent infringement.

## PARTIES

2. Plaintiff Genzyme Corporation ("Genzyme") is a corporation organized and existing under the laws of the Commonwealth of Massachusetts, having a principal place of business at 500 Kendall Street, Cambridge, Massachusetts 02142.

3. On information and belief, Lupin Ltd. is a corporation organized and existing under the laws of India, having a principal place of business at Laxmi Towers, B Wing, Bandra Kurla Complex, Bandra (East), Mumbai, Maharashtra 400 051, India.

4. On information and belief, Lupin Pharmaceuticals, Inc. is a corporation organized and existing under the laws of the Commonwealth of Virginia, having a principal place of business at Harborplace Tower, 111 South Calvert Street, Baltimore, Maryland 21202.

5. On information and belief, Lupin Pharmaceuticals, Inc. is a wholly-owned subsidiary, agent and alter ego of Lupin Ltd. Lupin Pharmaceuticals, Inc. and Lupin Ltd. herein are referred to collectively as "Lupin."

6. On information and belief, Lupin Pharmaceuticals, Inc. is the United States agent for Lupin Ltd. for purposes including, but not limited to, making regulatory submissions to the United States Food and Drug Administration ("FDA").

7. On information and belief, Lupin Pharmaceuticals, Inc. is the United States sales and marketing agent for Lupin Ltd., such that, following FDA approval of an Abbreviated New Drug Application ("ANDA"), Lupin Ltd. manufactures and supplies the ANDA pharmaceutical product to Lupin Pharmaceuticals, Inc., which then sells and markets the product in the State of Maryland and throughout the United States.

8. On information and belief, the acts of Lupin Pharmaceuticals, Inc. complained of herein were done at the direction of, with the authorization of, and/or with the cooperation, participation, assistance of, and at least in part for the benefit of, Lupin Ltd.

## JURISDICTION AND VENUE

9. This action arises under the patent laws of the United States of America. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

10. On information and belief, Lupin Ltd. manufactures bulk pharmaceuticals and pharmaceutical products that are sold by Lupin Pharmaceuticals, Inc. and others in the State of Maryland and throughout the United States. On information and belief, Lupin Pharmaceuticals, Inc. markets and sells pharmaceuticals and pharmaceutical products and does business in the State of Maryland and throughout the United States. On information and belief, Lupin engages and has engaged in continuous and systematic contacts with the State of Maryland and has purposely availed itself of the benefits and protections of the laws of the State of Maryland.

11. This Court has personal jurisdiction over Lupin by virtue of, *inter alia,* the above-mentioned facts.

12. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400(b).

## CLAIM FOR RELIEF

13. Genzyme holds approved New Drug Application ("NDA") No. 022-318 for Renvela® powder, 2.4 g and 0.8 g packets, which products contain the active ingredient sevelamer carbonate.

14. Renvela® powder, 2.4 g and 0.8 g packets, were approved by the Food and Drug Administration (the "FDA") on February 18, 2009 and August 12, 2009, respectively, and both are currently indicated for the control of serum phosphorus in patients with chronic kidney disease on dialysis.

15. Genzyme owns United States Patent No. 5,667,775 ("'775 patent"), titled

"Phosphate-Binding Polymers for Oral Administration." The '775 patent was duly and legally issued on September 16, 1997, and was originally assigned to GelTex Pharmaceuticals, Inc., which was acquired by Genzyme in 2000. A true copy of the '775 patent is attached hereto as Exhibit A.

## PATENT INFRINGEMENT BY LUPIN

16. Genzyme repeats and realleges the allegations of paragraphs 1-15 as if fully set forth herein.

17. By a letter dated June 3, 2010 purporting to be a notice pursuant to 21 U.S.C. § 355(j)(2)(B)(iv) ("Lupin's Notice Letter"), Lupin informed Genzyme that it had submitted to the FDA Abbreviated New Drug Application ("ANDA") No. 201-513 under 21 U.S.C. § 355(j), seeking approval to engage in the commercial manufacture, use, sale, offer for sale and/or importation into the United States of generic sevelamer carbonate powder, 2.4 g and 0.8 g packets ("Lupin's Sevelamer Carbonate Powder") prior to the expiration of the '775 patent.

18. Lupin's Notice Letter informed Genzyme that, as part of ANDA No. 201-513, Lupin had filed a certification pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) and opined that the '775 patent is invalid, unenforceable, and/or will not be infringed by the commercial manufacture, use, sale, offer for sale and/or importation of Lupin's Sevelamer Carbonate Powder.

19. By submitting ANDA No. 201-513 to the FDA for the purpose of obtaining approval to engage in the commercial manufacture, use, sale, offer for sale and/or importation of Lupin's Sevelamer Carbonate Powder prior to the expiration of the '775 patent, Lupin has committed an act of infringement under 35 U.S.C. § 271(e)(2)(A).

20. On information and belief, the offer for sale or sale of Lupin's Sevelamer Carbonate Powder, if approved by the FDA, would induce infringement of, and/or be contributory infringement of the '775 patent under 35 U.S.C. § 271.

21. Genzyme is entitled to the relief provided by 35 U.S.C. § 271(e)(4), including an order of this Court that the effective date of any approval of ANDA No. 201-513 be a date which is not earlier than the expiration of the '775 patent, and any other exclusivity to which Genzyme is or becomes entitled.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully requests the following relief:

A. A Judgment declaring that Lupin's filing of ANDA No. 201-513 is an act of infringement under 35 U.S.C. § 271(e)(2)(A);

B. A Judgment declaring that the offer for sale or sale of Lupin's Sevelamer Carbonate Powder, if approved by the FDA, would induce infringement of, and/or be contributory infringement of the '775 patent under 35 U.S.C. § 271;

C. An Order that the effective date of any FDA approval of Lupin's ANDA No. 201-513 be no earlier than the date on which the '775 patent expires, and any other exclusivity to which Genzyme is or becomes entitled;

D. Preliminary and permanent injunctions enjoining Lupin, its officers, agents, attorneys and employees, and those acting in privity or concert with it, from engaging in the commercial manufacture, use, offer to sell, or sale within the United States or importation into the United States of Lupin's Sevelamer Carbonate Powder until after the expiration of the '775 patent, and any other exclusivity to which Genzyme is or becomes entitled;

E. The costs and reasonable attorney fees of Genzyme in this action; and

F. Such further and other relief as this Court may deem just and proper.

/s/ Geoffrey H. Genth
Geoffrey H. Genth (Bar No.: 08735)
George E. Brown (Bar No.: 14681)
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
ggenth@kg-law.com
gbrown@kg-law.com
(410) 752-6030 Telephone
(410) 539-1269 Facsimile

Attorneys for Plaintiff
Genzyme Corporation

OF COUNSEL:

Scott K. Reed, Esquire
Filko Prugo, Esquire
Donald J. Curry, Esquire
Brian D. O'Reilly, Esquire
Charlotte Jacobsen, Esquire
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, New York 10104-3800
(212) 218-2100 Telephone
(212) 218-2200 Facsimile

FCHS_WS 5203489_1